United States District Court
Southern District of Texas
ENTERED

JUN 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUN 0 3 1998

Michael N. Milby
Clerk of Court

CAUSE NO. B-98-024

IDALIA SANCHEZ ) IN THE UNITED STATES
)
)
VS. ) DISTRICT COURT
)
)
UNITED STATES OF AMERICA ) SOUTHERN DISTRICT OF TEXAS
)
)

ORDER OF DISMISSAL

Came on this day to be considered the Motion to Dismiss of Plaintiff in the above-styled and numbered cause, seeking dismissal of said cause without prejudice.

It is therefore, ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause be and the same is dismissed without prejudice to the right of Plaintiff to refile same or any part thereof.

All costs of court are taxed against Plaintiff.

_____
HONORABLE JUDGE PRESIDING

JUN 0 3 1998

8